## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-61875-CIV-SMITH

AARON HOLLIS, *individually and*
*on behalf of all others similarly situated*,

    Plaintiff,

v.

CONTINENTAL 406 FUND LLC,

    Defendant.
_____/

### ORDER CLOSING CASE

This case was dismissed without prejudice on September 30, 2020, pursuant to Plaintiff's Notice of Voluntary Dismissal [DE 7]. Therefore, it is

**ORDERED** that:

1. All pending motions not otherwise ruled on are **DENIED AS MOOT**.

2. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of September 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE